UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE FALLS, *et al.*,

      Plaintiffs,

v.

Case No. 25-cv-14194
Hon. Matthew F. Leitman

BLUE CROSS BLUE SHIELD OF
MICHIGAN MUTUAL INSURANCE CO.,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFFS LEAVE
## TO FILE A FIRST AMENDED COMPLAINT

On December 31, 2025, Plaintiffs filed a putative class action Complaint in this action against Defendant Blue Cross Blue Shield of Michigan Mutual Insurance Company. (*See* Compl., ECF No. 1.)  Blue Cross Blue Shield has now filed a motion to dismiss the claims brought by Plaintiffs pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (*See* Mot. to Dismiss, ECF No. 19.)  At least one of bases for dismissal is that Plaintiffs have failed to plead sufficient facts in support of at least some of their claims. (*See id.*)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Plaintiffs an opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in their claims identified by Blue Cross Blue Shield in the motion to dismiss.  The Court does not anticipate allowing Plaintiffs

1

another opportunity to amend to add factual allegations that they could now include in a First Amended Complaint.  Simply put, this is Plaintiffs' opportunity to allege any and all additional facts, currently known to them, that may cure the alleged deficiencies in their claims.

By **March 23, 2026**, Plaintiffs shall file a notice on the docket in this action notifying the Court and Blue Cross Blue Shield whether they will be filing a First Amended Complaint.  If Plaintiffs provide notice that they will be filing a First Amended Complaint, they shall file that amended pleading by no later than **April 6, 2026**.  If Plaintiffs provide notice that they will not be filing a First Amended Complaint, they shall file a response to the Blue Cross Blue Shield's pending motion to dismiss by no later than **April 6, 2026**.

Finally, if Plaintiffs provide notice that they will be filing an amended pleading, the Court will terminate without prejudice Blue Cross Blue Shield's motion to dismiss as moot.  Blue Cross Blue Shield may re-file a motion to dismiss directed at the First Amended Complaint if Blue Cross Blue Shield believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126