UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE FALLS, *et al.*,

      Plaintiffs,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN MUTUAL
INSURANCE CO.,

      Defendant.

Case No. 25-cv-14194
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING DEFENDANT'S
### MOTION TO DISMISS (ECF No. 19) WITHOUT PREJUDICE

On December 31, 2025, Plaintiffs filed a putative class action Complaint in this action against Defendant Blue Cross Blue Shield of Michigan Mutual Insurance Company. (*See* Compl., ECF No. 1.)  Blue Cross Blue Shield then filed a motion to dismiss the claims brought by Plaintiffs pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (*See* Mot. to Dismiss, ECF No. 19.)

On March 10, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Plaintiffs an opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in their claims identified by Blue Cross Blue Shield in the motion to dismiss. (*See* Order, ECF No. 21.)  The Court informed the parties that if Plaintiffs provided notice that they would be filing

1

an amended pleading, the Court would terminate Blue Cross Blue Shield's motion to dismiss without prejudice. (*See id.*)

On March 23, 2026, Plaintiffs filed a notice that they intend to file a First Amended Complaint. (*See* Notice, ECF No. 22.)   Accordingly, the Court **TERMINATES** Blue Cross Blue Shield's now-pending motion to dismiss (ECF No. 19) **WITHOUT PREJUDICE**.   Blue Cross Blue Shield may re-file a motion to dismiss directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2